# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# Waco Division

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADOBE, INC.,<br><br>    Defendant. | Case No. 6:19-cv-00527-ADA |

### ORDER GRANTING DEFENDANT ADOBE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1404

    Before the Court is Defendant Adobe, Inc.'s Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. §1404. Upon consideration of the motion, response, and being otherwise advised in the premises, the Court is of the opinion that the Defendant Adobe, Inc.'s Motion to Transfer Venue should be and hereby is **GRANTED**.

    It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. §1404 is granted.
2. The Clerk of the Court shall transfer this case to the United States District Court for the Northern District of California for all further proceedings.
3. After transfer, the Clerk shall close this case.

2

**SIGNED** this _____ day of _____ 2019.


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE