# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SYNKLOUD TECHNOLOGIES, LLC**<br>      Plaintiff,<br><br>v.<br><br>**DROPBOX, INC.,**<br>      Defendant. | **CIVIL ACTION NO. 6:19-cv-00525-ADA**<br><br>**JURY TRIAL DEMANDED** |
| **SYNKLOUD TECHNOLOGIES, LLC**<br>      Plaintiff,<br><br><br>**DROPBOX, INC.,**<br>      Defendant. | **CIVIL ACTION NO. 6:19-cv-00526-ADA**<br><br>**JURY TRIAL DEMANDED** |
| **SYNKLOUD TECHNOLOGIES, LLC**<br>      Plaintiff,<br><br><br>**ADOBE, INC.,**<br>      Defendant. | **CIVIL ACTION NO.: 6:19-cv-00527-ADA**<br><br>**JURY TRIAL DEMANDED** |

## **ORDER STAYING CASE DEADLINES**

This Court has set a Status Conference in the above styled cases for August 5, 2020 at 2:00 p.m. In connection with that setting, the Court ORDERS that all deadlines set forth in the respective Agreed Scheduling Orders entered in the three cases, including but not limited to the July 31 deadline for Responsive Claim Construction briefs, are STAYED until further order of this Court.

**SIGNED** this 31st day of July, 2020.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE