IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>ADOBE, INC.,<br><br>DEFENDANT. | Civil Action No. 6:19-cv-00527-ADA<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S NOTICE OF FILING OF COMBINED PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

      Plaintiff SynKloud Technologies, LLC, submits this notice to inform the Court that, on August 27, 2020, Plaintiff filed a combined petition for panel rehearing or rehearing *en banc* regarding the transfer based on convenience in this action at the Federal Circuit Civ. No. 20-126. Plaintiff's petition is attached here as Exhibit A to this notice.

Dated: August 27, 2020

Local Counsel:
Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
CLEVELAND TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, TX 78746
Telephone: (512) 680-3257

Of Counsel:
John Lord *(Pro Hac Vice)*
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd.
Penthouse Suite

Respectfully,

*/s/ Deepali Brahmbhatt*_____
Deepali Brahmbhatt *(Pro Hac Vice)*
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff SynKloud Technologies, LLC*

-1-

Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 27, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                       */s/ Deepali Brahmbhatt*
                                        Deepali Brahmbhatt