NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: ADOBE INC.,**
*Petitioner*

2020-126

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:19-cv-00527-ADA, Judge Alan D. Albright.

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Respondent Synkloud Technologies, LLC filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

For the Court

September 30, 2020   /s/ Peter R. Marksteiner
         Date              Peter R. Marksteiner
                           Clerk of Court